In the Matter of the Arbitration of and Concerning Certain Matters in Difference between WILLIAM E. ANDERSON, INC., of the One Part, Respondent, and OUTLOOK HOLDING CORPORATION, of the Other Part, Appellant.— Order confirming award of arbitrators modified by eliminating therefrom the provision for judgment of foreclosure and sale of the premises described in respondent's notice of mechanic's lien and as so modified affirmed, with costs to appellant. The judgment of foreclosure and sale entered thereon is vacated and annulled, without costs. There is no justification for an order directing judgment of foreclosure and sale under a mechanic's lien theretofore filed upon an award made by arbitrators under the contract made between the parties to submit their differences to arbitrators. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

In the Matter of the Application and Petition of THE CITY OF NEW YORK, Appellant, to Acquire Certain Real Estate at Mohansic Lake and Little Mohansic Lake, in the Town of Yorktown, Westchester County, New York, under the Greater New York Charter and Pursuant to Chapter 543 of the Laws of 1925, to Be Acquired for the Sanitary Protection of the Water Supply of the City of New York. SARAH PERCY and EMELIE MAILLOT, Respondents.— Order vacating and setting aside order of confirmation of commissioners' report and refusing to confirm said report and directing a new hearing, reversed upon the law and the facts, with costs, and motion for reargument denied. We do not hold that the court was without power to make the order appealed from, but are of opinion that the reasons given by the learned Special Term justice upon the motion made to confirm the report of the commissioners were correct. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

In the Matter of the Petition of HORACE M. GROSSMAN and DAVID SHIMAN, as Executors, etc., of MARIE FORREST, Deceased, Respondents, for an Order Directing JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Appellant, in Charge of the Affairs of The Bank of United States, to Turn over to the Petitioners the Funds of Said Estate.‡— Decree of the Surrogate's Court of Westchester county reversed on the law, without costs, and motion denied upon the ground that the relationship of debtor and creditor existed between the executors and the bank. Findings reversed. Kapper, Hagarty and Tompkins, JJ., concur; Young and Scudder, JJ., dissent and vote to affirm on opinion of Surrogate Slater. [140 Misc. 14.]

In the Matter of the Application of SOPHIA FRIEDLAND, as Administratrix, etc., of GEORGE N. FRIEDLAND, Deceased, Respondent, for an Order Compelling JACOB FRIEDLAND, an Attorney and Counselor at Law, Appellant, to Pay over to Her the Sum of $1,000.— Order directing appellant to pay respondent $1,000, with interest, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.